No. 99–252. COMBUSTION ENGINEERING, INC. *v.* MCGILL ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–254. STROUT ET AL. *v.* ALBANESE, COMMISSIONER, MAINE DEPARTMENT OF EDUCATION. C. A. 1st Cir. Certiorari denied.

No. 99–260. JOHNSTON *v.* EASLEY, ATTORNEY GENERAL OF NORTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–264. DICKERSON ET AL. *v.* CITY OF DALLAS. C. A. 5th Cir. Certiorari denied.

No. 99–266. COOK COUNTY *v.* CHANDLER. C. A. 7th Cir. Certiorari denied.

No. 99–272. NEWMAN ET UX. *v.* DEITER ET AL. Ct. App. Ind. Certiorari denied.

No. 99–277. PLETCHER *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 99–279. OCKENDEN ET UX. *v.* JOSEPHINE COUNTY ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–280. KIN SIU TAM *v.* GEORGIA. C. A. 11th Cir. Certiorari denied.

No. 99–288. CARTER, PERSONAL REPRESENTATIVE OF THE ESTATE OF CARTER, DECEASED, AND AS NEXT FRIEND AND NATURAL AND LEGAL GUARDIAN OF CARTER ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–290. DAVIS *v.* CITY OF MALDEN BOARD OF ASSESSORS. App. Tax Bd. Mass. Certiorari denied.

No. 99–291. SCARBOROUGH *v.* FISCHER. C. A. 8th Cir. Certiorari denied.

No. 99–293. SACHS ET AL. *v.* INTELOGIC TRACE, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–300. COASTAL FUELS OF PUERTO RICO, INC. *v.* CARIBBEAN PETROLEUM CORP. C. A. 1st Cir. Certiorari denied.